IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA
    PLAINTIFF,

vs.                                                  Cr. No. 5:01CR50018-001

JESUS ALONSO MORALES,
    DEFENDANT.

## ORDER FOR REMISSION OF SPECIAL ASSESSMENT AND FINE

Now on this 23rd day of May, 2006, comes on to be considered the Government's Petition for Remission of Special Assessment and Fine. The Court, being well and sufficiently advised, finds and orders as follows with respect thereto:

1. On February 22, 2002, Defendant was sentenced to thirty-eight months incarceration, three years supervised release, a $100.00 special assessment and a $1,000.00 fine.

2. The Government moves to remit Defendant's special assessment and fine pursuant to 18 U.S.C. § 3573, which provides:

> Upon petition of the Government showing that reasonable efforts to collect a fine...
> are not likely to be effective, the court may, in the interest of justice - -

The Government states that the Defendant was deported on December 21, 2005, and that there is no reasonable likelihood that the special assessment and fine can be collected.

4. Upon due consideration, the Government's Petition for Remission of Special Assessment and Fine is hereby granted and Defendant's special assessment and fine are remitted.

IT IS SO ORDERED.

                                                             /s/Jimm Larry Hendren
                                                             JIMM LARRY HENDREN
                                                             UNITED STATES DISTRICT JUDGE